IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAAKOV BEN ISSASCHAR                          :
                                              :         CIVIL NO. 13-2415
        v.                                    :
                                              :
ELI AMERICAN FRIENDS OF THE ISRAEL            :      **FILED**
ASSOCIATION FOR CHILD PROTECTION, INC. *et al*  :
                                              :       FEB 2 5 2014
                                              :

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 24th day of February, 2014, upon consideration Defendant's Motion to

Dismiss (Dkt. Nos. 21 & 22), pursuant to Fed. R. Civ. P. 12(b)(6), Defendants' Motions to

Dismiss are GRANTED, and this matter shall be dismissed and marked closed for statistical

purposes.

BY THE COURT:

C. DARNELL JONES, II      J.